■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON FRANK, Appellant.—Appeal from judgment, Supreme Court, New York County, rendered on January 16, 1979, dismissed. Judgment of resentence, of said court, rendered on January 7, 1980, unanimously affirmed. No opinion. Concur—Fein, J. P., Sandler, Ross, Bloom and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL HERNANDEZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 28, 1977, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Sandler, Ross, Bloom and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERENIO LABOY, Appellant.—Judgment, Supreme Court, Bronx County, rendered on May 5, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Sandler, Ross, Bloom and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR CEPEDA REYES, Appellant.—Judgment, Supreme Court, Bronx County, rendered on February 28, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Sullivan, Markewich, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BROWN, True Name JERRY FIELDS, Appellant.—Judgment, Supreme Court, New York County, rendered on July 26, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Sullivan, Markewich, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE FAUCETTE, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 7, 1980, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). Concur—Birns, J. P., Sullivan, Markewich, Lupiano and Silverman, JJ.